UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:

KENNETH SCHAFFER
MARIA AGUDELO-SCHAFFER          Case No. 14-27431-BKC-JKO
                                Chapter 7

Debtors.
_____/

MOTION TO ALLOW THE TRUSTEE TO SOLICIT OFFERS
ON REAL PROPERTY OF THE ESTATE

   **COMES NOW, Kenneth A. Welt,** as the Chapter 7 Trustee of the case captioned above and does file this *Motion to Allow the Solicit Offers on Real Property of the Estate* and in support thereof states as follows:

### BACKGROUND

1. The debtor filed a voluntary Chapter 7 petition on July 31, 2014 and Kenneth A. Welt was appointed to serve as the Chapter 7 Trustee.
2. The debtor has listed a parcel of real property described as :
   **544 SW 183rd Way        Hollywood, Fla.  33029**
3. This property is not claimed exempt on Schedule "C" by the debtor and the debtor indicated they are surrendering the property on *Statement of Intentions*.
4. The petitions reflect a secured lien being held by **Chase** in the amount of $246,515.00.
5. No Motion for Relief has been filed by the lender

## RELIEF REQUESTED

6. The Trustee has been in contact with lender and was given procures to follow in order to submit offers. The Trustee wishes to initiate the process as outlined by the lender.
7. Under separate Motion, the Trustee will be requesting the approval of the retention of a real estate broker who will market the property for sale and enter the listing on the local Multiple Listing Service ("MLS").

## UNDERSTANDING OF THE PARTIES

8. There is no restriction or limitation for the secured lender to file a Motion for Relief at any time during the administration of the case.
9. If an agreement is reached with the lender allowing for a short sale, an agreeable "carve out" to benefit the estate will be negotiated.
10. A Motion To Sell will be filed separately with sale details
11. There will be no Motion filed in which the Trustee will seek a surcharge.

**WHEREFORE**, the Trustee respectfully requests this Court enter an Order (1) Granting this Motion, (2) allowing the Trustee to solicit offers to sell the real estate ; and (3) granting other relief it deems appropriate.

/s/    *Kenneth A. Welt, Trustee*

Kenneth A. Welt, Trustee
1776 N. Pine Island Rd. - 222
Plantation, Fla. 33322
E:  kaw@kawpa.com
P:  (954) 889-3403

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:

KENNETH SCHAFFER
MARIA AGUDELO-SCHAFFER                    Case No. 14-27431-BKC-JKO
                                          Chapter 7

    Debtors.
_____/

CERTIFICATE OF SERVICE OF
MOTION TO ALLOW THE TRUSTEE TO SOLICIT OFFERS
ON REAL PROPERTY OF THE ESTATE

I CERTIFY THAT a copy of *Trustee's Motion To Allow the Trustee to Solicit Offers on Real Property of the Estate* was provided by electronic transmission or first class mail to the following persons this 10th day of August, 2014.

Ben R. Hetfeld, Esq. on behalf of Debtor Kenneth J. Schaefer, Jr.
bhetfeld@aol.com

Ben R. Hetfeld, Esq. on behalf of Joint Debtor Maria Agudelo-Schaefer
bhetfeld@aol.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov


**First Class Mail:**
Chase Home Finance
3415 Vision Drive
Columbus, Ohio   43219=6009


                                          /s/    *Kenneth A. Welt, Trustee*
                                          _____
                                          Kenneth A. Welt, Trustee
                                          1776 N. Pine Island Rd. - 222
                                          Plantation, Fla.  33322
                                          E: kaw@kawpa.com
                                          P: (954) 889-3403