UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(BROWARD DIVISION)
www.flsb.uscourts.gov

In re:                                          Case No.  14-27431-BKC-JKO

KENNETH J. SCHAEFER, JR. and,                   Chapter 7
MARIA AGUDELO-SCHAEFER,

            Debtors.
_____/

### CHAPTER 7 TRUSTEE'S APPLICATION TO APPROVE LISTING AGREEMENT FOR REAL PROPERTY AND APPLICATION TO EMPLOY MICHAEL MEHDIPOUR OF ILLUSTRATED PROPERTIES, INC.

**KENNETH A. WELT**, the Chapter 7 Trustee (the "Trustee") for the above-captioned estate, hereby files this Application to Approve Listing Agreement for Real Property and to Employ Real Estate Professional, Michael Mehdipour of Illustrated Properties, Inc. (the "Application"), and respectfully states as follows:

1. On July 31, 2014, Kenneth J. Schaefer Jr. and Maria Agudelo-Schaefer (the "Debtors") filed a voluntary petition for bankruptcy relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") [ECF No. 1].

2. On July 31, 2014, Kenneth A. Welt was appointed as the Chapter 7 Trustee for the Debtor's Case [ECF No. 2].

3. The Debtors, Kenneth J. Schaefer Jr. and Maria Agudelo-Schaefer, are the sole fee simple owners of an interest in real property located in Broward County, Florida, which is identified as having the property address of: 544 SW 183 Way, Pembroke Pines, FL 33029 (Parcel ID No. 5140 18 11 0270), and is legally described as follows:

SILVER LAKES AT PEMBROKE PINES PHASE II RESIDENTIAL PARCEL-L 153-13 B LOT 27

(hereinafter referred to as the "Property").

4. The Trustee believes that the Property may be sold for the benefit of creditors. The secured lender has procedures in place for a "short sale" if necessary and the Trustee has been in contact with senior management regarding such a sale. In fact, the Trustee has filed a *Motion To Solicit Offers on Real Property* (CP #11) where he indicates the need to retain a real estate broker to assist him in pursuing this sale. Therefore, The Trustee has requested the real estate services of Michael Mehdipour of Illustrated Properties, Inc. (the "Broker") to solicit offers and list and market the Property for a potential sale. The Trustee believes, if necessary, a short sale can be done with the lender's consent as there are procedures in place for short sales. Any short sale will be contingent upon a carve-out for the estate, which will benefit unsecured creditors.

5. Subject to this Court's approval, the Trustee entered into an exclusive right of sale listing agreement (the "Listing Agreement"), which is attached hereto as *Exhibit A*. Pursuant to the Listing Agreement, the Broker is to receive a six percent (6%) commission, of which three percent (3%) may go toward compensating the buyer's broker (the "Procuring Cause Broker"). However, in the event that there is no Procuring Cause Broker, the Broker agrees to a four percent (4%) commission, for the benefit of the estate and creditors.

6. It should be noted that the listing agreement is voidable by either party with thirty (30) days' notice and, if in fact, will only receive compensation if the property is sold pursuant to a Court Order.

7. The proposed Broker is disinterested within the meaning of 11 U.S.C. §101(14) and §327(a). Attached hereto as *Exhibit B*, is the Affidavit of the Broker.

8. The Broker agrees to market the Property for sale as an arm's length transaction to

an independent third party.

9. The Trustee believes that the retention of the Broker is in the best interest of the estate, as the terms upon which he has agreed to handle this sale are the terms which are common throughout this district, i.e. a six percent (6%) commission. The Trustee believes that the Broker has the requisite expertise and experience and would be the best prospective party for handling the listing and marketing of the Property.

10. The Trustee also requests authorization to reimburse Broker in a maximum amount not to exceed $500.00, for any approved, out-of-pocket costs incurred by Broker, associated with marketing, maintenance, and upkeep of the Property in connection with a potential sale, upon the availability of funds from the estate, without the need for further Order.

11. The Trustee requests that this Court approve the Listing Agreement and the employment of Michael Mehdipour of Illustrated Properties, Inc., as the approved Broker for the Trustee. Further, the Trustee requests that this Court approve the compensation to the Broker of up to six percent (6%), which may be divided with a Procuring Cause Broker, as set forth herein and in the Listing Agreement, and requests authorization to reimburse Broker in an amount up to, but not to exceed $500.00 for approved costs associated with marketing, maintenance and upkeep of the Property.

12. Upon the entry of an Order Approving a Sale of the Property by the Trustee, the Trustee requests authorization to disburse payment of the Broker's commission, and/or payment to any Procuring Cause Broker, pursuant to the Listing Agreement, without the necessity of further notice or hearing.

**WHEREFORE**, the Chapter 7 Trustee, KENNETH A. WELT, respectfully requests the entry of an Order: (i) granting this Application; (ii) approving the Listing Agreement attached

hereto as *Exhibit A*; (iii) approving the employment of the Trustee's proposed Broker upon the terms and conditions stated herein; (iv) approving the Broker's proposed commission and authorizing the Trustee to disburse payment to the Broker and/or to any Procuring Cause Broker, pursuant to the Listing Agreement; (v) authorizing the Trustee to reimburse Broker in the maximum amount, not to exceed $500.00, upon the availability of funds from the estate, without the need for further Order, for any approved, out-of-pocket costs incurred by Broker, associated with marketing, maintenance, and upkeep of the Property in connection with a potential sale; and (vi) for any such other and further relief as the Court deems just and proper.

Respectfully submitted this 15th day of August, 2014.

Kenneth A, Welt
Chapter 7 Trustee
1776 North Pine Island Rd.
Suite 222
Plantation, FL 33322
Tel: (954) 889-3403
www.kawpa.com