UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

KENNETH J. SCHAEFER, Jr.                             Case No. 14-27431-JKO
MARIA AGUDELO-SCHAEFER,                              Chapter 7

　　　　　Debtor(s).
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Re-Notice of Hearing on Trustee's Motion for an Order (I) Authorizing the Sale of 544 SW 183rd Way, Pembroke Pines, FL 33029, Free of Liens, Claims Encumbrances or Interests Pursuant to 11 U.S.C. §363; (II) Approving Contract of Sale; (III) Approving Form and Manner of Notice; and (IV) Approving Surcharge of Collateral* [ECF No. 37] were served on December 16, 2014, via the Court's Notice of Electronic Filing upon the Registered Users set forth on the list attached as Exhibit 1; via U.S. Mail on December 18, 2014, upon the parties listed on the attached Exhibit 2 and via certified U.S. Mail on December 18, 2014, upon: JPMorgan Chase Bank, NA, Attn: James Dimon – CEO, 1111 Polaris Parkway, Columbus, OH 43240.

Dated: December 18, 2014.

　　　　　　　　　　　　　　　　　　　　　　s/ Lawrence E. Pecan
　　　　　　　　　　　　　　　　　　　　　　Lawrence E. Pecan, III, Esquire
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 990866
　　　　　　　　　　　　　　　　　　　　　　lpecan@melandrussin.com
　　　　　　　　　　　　　　　　　　　　　　MELAND RUSSIN & BUDWICK, P.A.
　　　　　　　　　　　　　　　　　　　　　　200 South Biscayne Blvd., Ste. 3200
　　　　　　　　　　　　　　　　　　　　　　Miami, Florida  33131
　　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 358-6363
　　　　　　　　　　　　　　　　　　　　　　Telecopy: (305) 358-1221
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Trustee*

```
MIME-Version:1.0
From:FLSB_ECF_Notification@FLSB.USCOURTS.GOV
To:Courtmail@localhost.localdomain
Bcc: USTPRegion21.MM.ECF@usdoj.gov, bhetfeld@aol.com, fl10@ecfcbis.com, pacerfilings@gmail.com, kaw@trustesolutions.net, court@trusteeservic
Do not notice for BK case:

Message-Id:<34779648@FLSB.USCOURTS.GOV>
Subject:14-27431-JKO Notice of Hearing Amended
```

/Renoticed/Continued Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Romero, Christina entered on 12/16/2014 at 1:59 PM EST and filed on 12/16/2014

**Case Name:** Kenneth J. Schaefer, Jr. and Maria Agudelo-Schaefer
**Case Number:** 14-27431-JKO
**Document Number:** 37

**Docket Text:**
Re- Notice of Hearing (Re: [34] Motion to Sell Free and Clear of Liens (544 SW 183 Way, Pembroke Pines, FL 33029) pursuant to 11 USC 363 f. [$176 Fee Paid], in addition to Motion to Approve *Contract of Sale; Form and Manner of Notice; and Surcharge of Collateral* Filed by Trustee Kenneth A Welt.) Hearing scheduled for 01/08/2015 at 09:30 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Romero, Christina)

The following document(s) are associated with this transaction:

**14-27431-JKO Notice will be electronically mailed to:**

Ben R. Hetfeld, Esq. on behalf of Debtor Kenneth J. Schaefer, Jr.
bhetfeld@aol.com, mfamada.hetfeld@gmail.com

Ben R. Hetfeld, Esq. on behalf of Joint Debtor Maria Agudelo-Schaefer
bhetfeld@aol.com, mfamada.hetfeld@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Trustee Kenneth A Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

EXHIBIT 1

| | | |
|---|---|---|
| ASG Security<br>12301 Kiln Ct., Suite A<br>Beltsville, MD 20705-6308 | Advanta Bank Corp<br>Po Box 31032<br>Tampa, FL 33631-3032 | Albertelli Law<br>POB  23028<br>Tampa, FL 33623-2028 |
| Alliance One<br>4850 Street Road, Suite 300<br>Feasterville Trevose, PA 19053-6643 | Bill Me Later<br>2211 N. First Street<br>San Jose, CA 95131-2021 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Home Finance<br>3415 Vision Dr.<br>Columbus, OH 43219-6009 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Coconut Cove Recreation Assn.<br>c/o Stevens & Goldwyn<br>2 South University Dr., Suite 315<br>Fort Lauderdale, FL 33324-3307 | Comenity Bank/Vctrssec<br>Po Box 182789<br>Columbus, OH 43218-2789 | Credit First N A<br>6275 Eastland Rd<br>Brookpark, OH 44142-1399 |
| Fnb Omaha<br>Po Box 3412<br>Omaha, NE 68103-0412 | Fstampay-Mermaclse Acq<br>100 Throckmorton St Ste<br>Fort Worth, TX 76102-2870 | Glass Mountain Capital<br>1930 Thoreau Dr., Suite 100<br>Schaumburg, IL 60173-4179 |
| Hyundai Finance<br>POB  629027<br>El Dorado Hills, CA 95762-9027 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | JPMorgan Chase<br>7757 Bayberry Road<br>Jacksonville, FL 32256-6816 |
| Lease Finance Group<br>65 E. Wacker Pl, #510<br>Chicago, IL 60601-7255 | Lease Finance Group<br>65 East Wacker Place, Suite 510<br>Chicago, IL 60601-7255 | Mac Papers<br>5900 N.w. 176 Street<br>Hialeah, FL 33015-5108 |
| Mohela/Dept Of Ed<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | Nova Southeastern University<br>College of Osteopathic Medicine<br>3200 S. University Dr.<br>Fort Lauderdale, FL 33328-2018 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Pivotal Payments<br>200 Broadhollow, #207<br>Melville, NY 11747-4806 | RGS<br>POB 852039<br>Richardson, TX 75085-2039 | Sliverlakes Community Assn.<br>c/o Stevens & Goldwyn<br>2 South University Dr., Suite 315<br>Fort Lauderdale, FL 33324-3307 |
| State of Florida Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 | Stuart Allan & Assoc<br>5447 E 5th St Ste 110<br>Tucson, AZ 85711-2345 | Summit Merchant Solutions<br>100 Throckmorton St, # 1800<br>Fort Worth, TX 76102-2802 |

EXHIBIT 2

| | | |
|---|---|---|
| Tires Plus<br>2021 Sunnydale Blvd.<br>Clearwater, FL 33765-1202 | Total Merchant Processing<br>926 SW 118TH Terr.<br>Sunrise, FL 33325 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United Collection Serv<br>106 Commerce St Ste 106<br>Lake Mary, FL 32746-6217 | United Recovery Services<br>5800 North Course Dr.<br>Houston, TX 77072-1613 | Xerox<br>POB 299604<br>Lewisville, TX 75029 |
| Zakheim & LaVrar<br>1133 S. University Dr., Second Floor<br>Plantation, FL 33324-3303 | Ben R. Hetfeld Esq.<br>10640 Griffin Rd #105<br>Fort Lauderdale, FL 33328-3214 | Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 |
| Kenneth J. Schaefer Jr.<br>544 SW 183 Way<br>Hollywood, FL 33029-4329 | Maria Agudelo-Schaefer<br>544 SW 183 Way<br>Hollywood, FL 33029-4329 | Michael Mehdipour<br>2725 PGA Blvd<br>Palm Beach Gardens, FL 33410-2905 |
| Coconut Cove Recreation Assoc., Inc.<br>Colleen Cheney, President<br>C/o Pines Property Management<br>6941 Sw 196 Ave, Suite 27<br>Pembroke Pines, FL 33332 | Silverlakes Community Assoc., Inc.<br>Attn: Steven Goldman, President<br>C/o Pines Property Management<br>6941 Sw 196 Ave, Suite 27<br>Pembroke Pines, FL 33332 | The City of Pembroke Pines<br>Attn: Frank C. Ortis, Mayor<br>10100 Pines Blvd.<br>Pembroke Pines, FL 33026 |
| Broward Cty Records, Taxes<br>& Treasury Division<br>Attn: Broward County Tax Collector<br>Governmental Center Room A100<br>115 S. Andrews Ave.<br>Fort Lauderdale, FL 33301 | Florida Department of Revenue<br>Attn: Marshall Stranburg, Executive Director<br>2450 Shumard Oak Blvd<br>Tallahassee, FL 32399 | |