**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 14-27431 | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | SCHAEFER, Jr., KENNETH J. AND AGUDELO-SCHAEFER, MARIA | Date Filed (f) or Converted (c): | 07/31/2014 (f) |
| For the Period Ending: | 12/31/2014 | §341(a) Meeting Date: | 09/09/2014 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Living Room: Couch, coffee table, end table, lamp, chair, wall decor. | $175.00 | $0.00 | | $0.00 | $175.00 |
| 2 | Dining Room: Table & chairs, wall decor. | $200.00 | $0.00 | | $0.00 | $200.00 |
| 3 | Kitchen: Table & chairs, cooking utensils, dishes, silverware, appliances. | $200.00 | $0.00 | | $0.00 | $200.00 |
| 4 | Family Room: Couch, loveseat, chair, coffee table, end tables, lamps, TV & DVD, wall decor. | $250.00 | $0.00 | | $0.00 | $250.00 |
| 5 | Bed Room 1: Bed, nightstands, lamps, wardrobe, TV & DVD, wall decor. | $150.00 | $0.00 | | $0.00 | $150.00 |
| 6 | Bed Room 2: Bed, nightstands, lamps, dresser, wall decor. | $125.00 | $0.00 | | $0.00 | $125.00 |
| 7 | Bed Room 3: Bed, Nightstand, dresser, wall decor. | $125.00 | $0.00 | | $0.00 | $125.00 |
| 8 | Garage and Patio: BBQ Grill, patio chairs, hand and power tools, 3 bicycles, hand tools, lawn tools. | $150.00 | $0.00 | | $0.00 | $150.00 |
| 9 | 2 lap tops with printers | $250.00 | $0.00 | | $0.00 | $250.00 |
| 10 | Personal wardrobe | $25.00 | $0.00 | | $0.00 | $25.00 |
| 11 | personal wardrobe | $25.00 | $0.00 | | $0.00 | $25.00 |
| 12 | Ring, bracelet, earrings and misc. costume jewelry | $100.00 | $0.00 | | $0.00 | $100.00 |
| 13 | Watch and ring | $25.00 | $0.00 | | $0.00 | $25.00 |
| 14 | Chase Bank Checking acct.# 4242 Savings acct# 5311 | $200.00 | $0.00 | | $0.00 | $200.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 14-27431 | | Trustee Name: | Kenneth A. Welt |
| Case Name: | SCHAEFER, Jr., KENNETH J. AND AGUDELO-SCHAEFER, MARIA | | Date Filed (f) or Converted (c): | 07/31/2014 (f) |
| For the Period Ending: | 12/31/2014 | | §341(a) Meeting Date: | 09/09/2014 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Chase Bank Checking acct# 8560 Checking acct# 5723 | $600.00 | $0.00 | | $0.00 | $600.00 |
| 16 | 2001 Honda Odyssey VIN #2HKRL18671H570854 215, 211 Miles | $1,000.00 | $0.00 | OA | $0.00 | FA |
| | Asset Notes: To be abandoned | | | | | |
| 17 | Residence located at: 544 SW 183 Way Pembroke Pines, Florida 33029 To be surrendered | $243,370.00 | $0.00 | | $0.00 | $243,370.00 |
| | Asset Notes: ECF #39 dated 1/13/15 Order Granting Motion to Sell | | | | | |

**TOTALS (Excluding unknown value)**              **Gross Value of Remaining Assets**
$246,970.00                 $0.00                          $0.00                $245,970.00

**Major Activities affecting case closing:**
02/02/2015    Selling real property. Order granted 1/13/15. Once property is sold, we will file a notice of assets and establish a claims bar date. (LB)

| Initial Projected Date Of Final Report (TFR): | 11/30/2015 | Current Projected Date Of Final Report (TFR): | 11/30/2015 | /s/ KENNETH A. WELT |
| | | | | KENNETH A. WELT |