UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

KENNETH J. SCHAEFER, Jr.                             Case No. 14-27431-JKO
MARIA AGUDELO-SCHAEFER,                              Chapter 7

       Debtor(s).
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Motion for Payment to JP MORGAN CHASE, NA* [ECF No. 46] and the *Notice of Hearing* [ECF No. 47] were served on May 18, 2015, via the Court's Notice of Electronic Filing upon the Registered Users set forth on the attached Composite Exhibit 1; via U.S. Mail on May 18, 2015, upon the parties listed on the attached Exhibit 2 and via certified U.S. Mail on May 18, 2015, upon: JPMorgan Chase Bank, NA, Attn: James Dimon – CEO, 1111 Polaris Parkway, Columbus, OH 43240.

Dated: May 18, 2015.

                                                  s/ Lawrence E. Pecan
                                                  Lawrence E. Pecan, III, Esquire
                                                  Florida Bar No. 990866
                                                  lpecan@melandrussin.com
                                                  MELAND RUSSIN & BUDWICK, P.A.
                                                  200 South Biscayne Blvd., Ste. 3200
                                                  Miami, Florida  33131
                                                  Telephone: (305) 358-6363
                                                  Telecopy: (305) 358-1221
                                                  *Attorneys for Trustee*

```
MIME-Version:1.0
From:FLSB_ECF_Notification@FLSB.USCOURTS.GOV
To:Courtmail@localhost.localdomain
Bcc: Mshoffman@hlalaw.com, USTPRegion21.MM.ECF@usdoj.gov, bhetfeld@aol.com, fl10@ecfcbis.com, pacerfilings@gmail.com, kaw@trustesolutions.ne
Do not notice for BK case:

Message-Id:<36353346@FLSB.USCOURTS.GOV>
Subject:14-27431-JKO Motion for Payment
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Lawrence E Pecan entered on 5/18/2015 at 11:44 AM EDT and filed on 5/18/2015
**Case Name:**    Kenneth J. Schaefer, Jr. and Maria Agudelo-Schaefer
**Case Number:**    14-27431-JKO
**Document Number:** 46

**Docket Text:**
Motion for Payment of JP MORGAN CHASE, NA, in the Amount of $239,972.63. Filed by Trustee Kenneth A Welt. (Pecan, Lawrence)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**01620702.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=5/18/2015] [FileNumber=36353344-0] [bacc91d81e96b7a47027125ae0cecb719a2f2a2aa2ae62cf0e6a66a342f553ba42 14253ede4c4f8237dcf93a0de485c2cad897dec96776a3ac0fc58c5542516b]]

**14-27431-JKO Notice will be electronically mailed to:**

Ben R. Hetfeld, Esq. on behalf of Debtor Kenneth J. Schaefer, Jr.
bhetfeld@aol.com, mfamada.hetfeld@gmail.com

Ben R. Hetfeld, Esq. on behalf of Joint Debtor Maria Agudelo-Schaefer
bhetfeld@aol.com, mfamada.hetfeld@gmail.com

Michael S Hoffman on behalf of Creditor Silverlakes Community Association, Inc.
Mshoffman@hlalaw.com, hlaecf@gmail.com;kszolis@hlalaw.com;jluciano@hlalaw.com;agarcia@hlalaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Trustee Kenneth A Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

COMPOSITE EXHIBIT 1

```
MIME-Version:1.0
From:FLSB_ECF_Notification@FLSB.USCOURTS.GOV
To:Courtmail@localhost.localdomain
Bcc: Mshoffman@hlalaw.com, USTPRegion21.MM.ECF@usdoj.gov, bhetfeld@aol.com, fl10@ecfcbis.com, pacerfilings@gmail.com, kaw@trustesolutions.ne
Do not notice for BK case:

Message-Id:<36353442@FLSB.USCOURTS.GOV>
Subject:14-27431-JKO Notice of Hearing by Filer
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Lawrence E Pecan entered on 5/18/2015 at 11:48 AM EDT and filed on 5/18/2015

**Case Name:** Kenneth J. Schaefer, Jr. and Maria Agudelo-Schaefer
**Case Number:** 14-27431-JKO
**Document Number:** 47

**Docket Text:**
Notice of Hearing by Filer (Re: [46] Motion for Payment of JP MORGAN CHASE, NA, in the Amount of $239,972.63. Filed by Trustee Kenneth A Welt.). Hearing scheduled for 06/03/2015 at 10:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Pecan, Lawrence)

The following document(s) are associated with this transaction:

**Document description:** Notice of Hearing
**Original filename:** /tmp/Summon_657333_14482.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=5/18/2015] [FileNumber=36353440-0] [630f49272a365dbcd223f0cac4c712fba63b626ca360140e78b4c77a58ee5cd459 0ece61085d70ac43a24b050150cf0962c9abb8caf034affaa429082589d1d5]]

**14-27431-JKO Notice will be electronically mailed to:**

Ben R. Hetfeld, Esq. on behalf of Debtor Kenneth J. Schaefer, Jr.
bhetfeld@aol.com, mfamada.hetfeld@gmail.com

Ben R. Hetfeld, Esq. on behalf of Joint Debtor Maria Agudelo-Schaefer
bhetfeld@aol.com, mfamada.hetfeld@gmail.com

Michael S Hoffman on behalf of Creditor Silverlakes Community Association, Inc.
Mshoffman@hlalaw.com, hlaecf@gmail.com;kszolis@hlalaw.com;jluciano@hlalaw.com;agarcia@hlalaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Trustee Kenneth A Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 14-27431-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Mon May 18 14:34:22 EDT 2015 | Silverlakes Community Association, Inc.<br>c/o Michael S. Hoffman, Esq.<br>909 N Miami Bch Blvd #201<br>N Miami Bch, FL 33162-3712 | ASG security<br>12301 Kiln Ct., Suite A<br>Beltsville, MD 20705-6308 |
| Advanta Bank Corp<br>Po Box 31032<br>Tampa, FL 33631-3032 | Albertelli Law<br>POB  23028<br>Tampa, FL 33623-2028 | Alliance One<br>4850 Street Road, Suite 300<br>Feasterville Trevose, PA 19053-6643 |
| Bill Me Later<br>2211 N. First Street<br>San Jose, CA 95131-2021 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Home Finance<br>3415 Vision Dr.<br>Columbus, OH 43219-6009 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Coconut Cove Recreation Assn.<br>c/o Stevens & Goldwyn<br>2 South University Dr., Suite 315<br>Fort Lauderdale, FL 33324-3307 | Comenity Bank/Vctrssec<br>Po Box 182789<br>Columbus, OH 43218-2789 | Credit First N A<br>6275 Eastland Rd<br>Brookpark, OH 44142-1399 |
| Credit First NA<br>PO Box 818011<br>Cleveland OH 44181-8011 | First Fed Credit & Col<br>5821 Hollywood Blvd Ste<br>Hollywood, FL 33021-6308 | First National Bank of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE 68197-0003 |
| Fnb Omaha<br>Po Box 3412<br>Omaha, NE 68103-0412 | Fstampay-Mermaclse Acq<br>100 Throckmorton St Ste<br>Fort Worth, TX 76102-2870 | Glass Mountain Capital<br>1930 Thoreau Dr., Suite 100<br>Schaumburg, IL 60173-4179 |
| Hyundai Finance<br>POB  629027<br>El Dorado Hills, CA 95762-9027 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | JPMorgan Chase<br>7757 Bayberry Road<br>Jacksonville, FL 32256-6816 |
| JPMorgan Chase Bank, NA<br>Attn: James Dimon  CEO,<br>1111 Polaris Parkway,<br>Columbus, OH 43240-2050 | Lease Finance Group<br>65 E. Wacker Pl, #510<br>Chicago, IL 60601-7255 | Lease Finance Group<br>65 East Wacker Place, Suite 510<br>Chicago, IL 60601-7255 |
| Mac Papers<br>5900 N.w. 176 Street<br>Hialeah, FL 33015-5108 | Mohela/Dept Of Ed<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | Nova Southeastern University<br>College of Osteopathic Medicine<br>3200 S. University Dr.<br>Fort Lauderdale, FL 33328-2018 |

EXHIBIT 2

| | | |
|---|---|---|
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Pivotal Payments<br>200 Broadhollow, #207<br>Melville, NY 11747-4806 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RGS<br>POB 852039<br>Richardson, TX 75085-2039 | Sliverlakes Community Assn.<br>c/o Stevens & Goldwyn<br>2 South University Dr., Suite 315<br>Fort Lauderdale, FL 33324-3307 |
| State of Florida Dept. of Revenue<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0100 | Stuart Allan & Assoc<br>5447 E 5th St Ste 110<br>Tucson, AZ 85711-2345 | Summit Merchant Solutions<br>100 Throckmorton St, # 1800<br>Fort Worth, TX 76102-2802 |
| Tires Plus<br>2021 Sunnydale Blvd.<br>Clearwater, FL 33765-1202 | Total Merchant Processing<br>6950 Cypress Rd, # 208-5<br>Ft. Lauderdale, FL 33317-2361 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United Collection Serv<br>106 Commerce St Ste 106<br>Lake Mary, FL 32746-6217 | United Recovery Services<br>5800 North Course Dr.<br>Houston, TX 77072-1613 | Xerox<br>POB 299604<br>Lewisville, TX  75029 |
| Zakheim & LaVrar<br>1133 S. University Dr., Second Floor<br>Plantation, FL 33324-3303 | Ben R. Hetfeld Esq.<br>10640 Griffin Rd #105<br>Fort Lauderdale, FL 33328-3214 | Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 |
| Kenneth J. Schaefer Jr.<br>544 SW 183 Way<br>Hollywood, FL 33029-4329 | Maria Agudelo-Schaefer<br>544 SW 183 Way<br>Hollywood, FL 33029-4329 | Michael Mehdipour<br>2725 PGA Blvd<br>Palm Beach Gardens, FL 33410-2905 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | U S Bank<br>101 5th St E Ste A<br>Saint Paul, MN 55101 |

End of Label Matrix
Mailable recipients     50
Bypassed recipients      0
Total                   50