

**ORDERED in the Southern District of Florida on June 8, 2015.**

*[signature]*

**John K. Olson, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

KENNETH J. SCHAEFER, Jr.                    Case No. 14-27431-JKO
MARIA AGUDELO-SCHAEFER,                     Chapter 7

       Debtor(s).
_____/

**ORDER GRANTING TRUSTEE'S MOTION
FOR AN ORDER AUTHORIZING PAYMENT TO JP MORGAN CHASE, N.A.**

THIS CAUSE came on before the Court on June 3, 2015, at 10:00 a.m. (the ***"Hearing"***) upon the *Trustee's Motion for an Order Authorizing Payment to JP Morgan Chase, N.A.* [ECF No. 46] (the ***"Motion"***). The Court, having reviewed the Motion, having heard the arguments of counsel, having found that JP Morgan Chase, N.A. was served with the Motion and the Notice of Hearing in accordance with Fed. R. Bankr. P. 7004(h), noting that JP Morgan Chase, N.A. did not object or respond, having determined that the relief requested in the Motion is in the best interest of the estate and appropriate under the circumstances, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. Trident Title, LLC is authorized and directed to transfer $239,972.63 to the Trustee's[1] account held for the benefit of the Bankruptcy Estate.

3. Subject to paragraph 7 of this Order, the proof of claim [Claim No. 10] filed by the Trustee on behalf of JP Morgan Chase, N.A. is allowed in the amount $239,972.63, as a secured claim fully secured by the $239,972.63 in sale proceeds transferred to the Trustee as set forth in paragraph 2.

4. The Trustee shall serve a copy of this Order in the manner described in Fed.R.Bankr.P. 7004(h).

5. The Trustee shall also serve a copy of this Order upon JP Morgan Chase, N.A. by email to istra.m.piper@chase.com.

6. Upon receipt of the funds set forth in paragraph 2, the Trustee is directed to disburse the $239,972.63 to JP Morgan Chase, N.A. by sending such funds, along with a copy of this Order, to JP Morgan Chase, N.A.'s prior payoff address provided to the Trustee at Chase (OH4-7164), 3415 Vision Drive, Columbus OH 43219-6009.

**Remainder of Page Intentionally Left Blank**

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

7. In the event that JP Morgan Chase, N.A. returns the funds described in paragraph 6 to the Trustee, or otherwise refuses such payment, the Trustee shall be entitled to file an *ex parte* motion, along with an affidavit describing such return of funds or such refusal of payment, whereupon the Trustee shall be entitled to an order disallowing JP Morgan Chase, N.A.'s secured claim. For the avoidance of doubt, if JP Morgan Chase, N.A. returns the funds described in paragraph 6 to the Trustee, or otherwise refuses such payment, JP Morgan Chase, N.A.'s will be deemed to have forfeited its claim to the $239,972.63.

###

**Submitted By:**
Lawrence E. Pecan, Esquire
Fla. Bar No: 99086
LPecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Counsel for Trustee, Kenneth A. Welt*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:        (305) 358-1221

**Copies Furnished To:**
Lawrence E. Pecan, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.